UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C/A No.: 6:06-cv-01809 |
| | ) | 6:06-cv-01743 |
| Plaintiff, | ) | **ORDER** |
| | ) | (Written Opinion) |
| v. | ) | |
| | ) | |
| JPS Industries, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JPS Composite Materials Corp., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendants' Motion to Reconsider, Alter or Amend or, in the Alternative, to Clarify, filed April 4, 2008. After a review of the parties' briefs, the Court denies Defendants' motion.

IT IS HEREBY ORDERED that Defendants' Motion be DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

May  29 , 2008.