UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C/A No.: 6:06-cv-01809 |
| | ) | 6:06-cv-01743 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | (Written Opinion) |
| | ) | |
| JPS Industries, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JPS Composite Materials Corp., | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED ORDER

**The Court hereby amends its Order, filed on May 29, 2008, to reflect that statutory interest is to be computed daily pursuant to 28 U.S.C. § 1961.**

This matter comes before the Court on Plaintiff's Motion to Amend the Judgment, filed April 11, 2008. After a review of the parties' briefs, the Court GRANTS Plaintiff's motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion be GRANTED.

IT FURTHER ORDERED that the judgment be amended to reflect that: (1) JPS Composite Materials Corp. pay the sum of $91, 383.87, plus statutory interest, since

March 25, 2008, to the plaintiff and (2) JPS Industries, Inc. pay the sum of $40,198.91, plus statutory interest since March 25, 2008, to the plaintiff.  Interest shall be computed daily pursuant to Title 28, United States Code, Section 1961.

**IT IS SO ORDERED**.

                                                      G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

June  9 , 2008